Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | JRD Contracting & Land Clearing, Inc. |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 47-4257092 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2100 Camden Bypass** **Camden, AL 36726** Number, Street, City, State & ZIP Code | **P.O. Box 623** **Camden, AL 36726** P.O. Box, Number, Street, City, State & ZIP Code |
| **Wilcox** County | **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **JRD Contracting & Land Clearing, Inc.**   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2379__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | JRD Contracting & Land Clearing, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | JRD Contracting & Land Clearing, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 14, 2017**
MM / DD / YYYY

X **/s/ John R. Dailey, Jr.**            **John R. Dailey, Jr.**
Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Robert M. Galloway, Esquire ASB**            Date **August 14, 2017**
Signature of attorney for debtor            MM / DD / YYYY

**Robert M. Galloway, Esquire ASB**
Printed name

**Galloway, Wettermark, Everest & Rutens, LLP**
Firm name

**3263 Cottage Hill Road
Post Office Box 16629
Mobile, AL 36616-0629**
Number, Street, City, State & ZIP Code

Contact phone  **251-476-4493**            Email address

**6743Y79R**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ally Financial** P.O. Box 380902 Minneapolis, MN 55438-0902 | | **2015 Chevrolet Silverado pickup truck** | | **$35,301.50** | **$25,000.00** | **$10,301.50** |
| **Ally Financial** P.O. Box 380902 Minneapolis, MN 55438-0902 | | **2016 Colorado Pickup truck VIN #1GCGTBE32G1338962** | | **$33,162.32** | **$25,000.00** | **$8,162.32** |
| **Ally Financial** P.O. Box 380902 Minneapolis, MN 55438-0902 | | **2016 Colorado Pickup truck VIN # 1GCGTBE35G1309861** | | **$32,473.50** | **$25,000.00** | **$7,473.50** |
| **Bank of America** P.O. Box 15796 Wilmington, DE 19886 | | **trade debt** | **Disputed** | | | **$15,420.84** |
| **Branum & Co., P.C.** P.O. Box 522 Greenville, AL 36037 | | **professional services** | | | | **$3,617.79** |
| **Dunn Construction Co., Inc.** P.O. Box 11967 Birmingham, AL 35202 | | **trade debt** | **Unliquidated** | | | **$30,721.05** |
| **Family Security Credit Union** 2204 Familt SEC. PL SW Decatur, AL 35603 | | **15 Polaris Ranger VIN; 3NSRUEF874FG89305** | | **$22,603.29** | **$17,000.00** | **$5,603.29** |
| **Family Security Credit Union** 2204 Familt SEC. PL SW Decatur, AL 35603 | | **15' Polaris ATV** | | **$13,846.60** | **$10,000.00** | **$3,846.60** |

| Debtor | JRD Contracting & Land Clearing, Inc. | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Foshee Trucking, Inc.**<br>P.O. Box 240278<br>Montgomery, AL 36124 | | trade debt | **Unliquidated** | | | $113,869.10 |
| **H.O. Rogers Oil Company**<br>P.O. Box 459<br>Camden, AL 36726 | | trade debt | **Unliquidated** | | | $78,259.51 |
| **Hicks Service Station**<br>P.O. Box 130<br>Camden, AL 36726 | | trade debt | **Disputed** | | | $18,812.73 |
| **Internal Revenue Service Centralized Insolvency Operation**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 2016 and 2017 delinquent 941 federal withholding taxes | | | | $100,000.00 |
| **John Deere Financial**<br>P.O. Box 6600<br>Johnston, IA 51031 | | 2014 John Deere Motor Grader 772G | | $251,702.78 | $225,000.00 | $26,702.78 |
| **John Deere Financial**<br>P.O. Box 6600<br>Johnston, IA 51031 | | 2015 John Deere 700 K Dozer-LGP | | $158,026.83 | $150,000.00 | $8,026.83 |
| **Lyle Machinery**<br>P.O. Box 23087<br>Jackson, MS 39225 | | trade debt | **Unliquidated** | | | $15,000.00 |
| **State of Alabama Department of Industrial Relations**<br>Post Office Box 16768<br>Mobile, AL 36616 | | delinquent 2016 and 2017 unemployment tax | | | | $6,000.00 |
| **State of Alabama Individual and Corporate Tax Division**<br>PO Box 327467<br>Montgomery, AL 36132-7467 | | delinquent 2016 and 2017 state withholding taxes | | | | $21,912.10 |
| **Town Country National Bank**<br>Post Office Box 458<br>Camden, AL 36726 | | 2 6" hydraulic pumps with power units | | $74,235.75 | $60,000.00 | $14,235.75 |

| Debtor | JRD Contracting & Land Clearing, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Warrior Tractor**<br>**66 Industrial Park Drive**<br>**Monroeville, AL 36460** | | trade debt | **Unliquidated** | | | $40,000.00 |
| **Wilcox County Revenue Commissioner**<br>**100 Broad Street**<br>**Camden, AL 36726** | | delinquent 2016 property tax | | | | $20,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 17-03032    Doc 1    Filed 08/14/17    Entered 08/14/17 16:19:23    Desc Main
Document      Page 7 of 10

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438-0902

Amazon Credit Card
P.O. Box 960016
Orlando, FL 32896

Bank of America
P.O. Box 15796
Wilmington, DE 19886

Benard's Body Shop
2027 Camden Bypass
Camden, AL 36726

Bradford Auto Parts
P.O. Box 365
Pine Hill, AL 36769

Branum & Co., P.C.
P.O. Box 522
Greenville, AL 36037

Dunn Construction Co., Inc.
P.O. Box 11967
Birmingham, AL 35202

Family Security Credit Union
2204 Familt SEC. PL SW
Decatur, AL 35603

Foshee Trucking, Inc.
P.O. Box 240278
Montgomery, AL 36124

Frontier Communications
P.O. Box 740407
 00004-5274

GM Financial
P.O. Box 1838834
Arlington, TX 76096-0007

H.O. Rogers Oil Company
P.O. Box 459
Camden, AL 36726

Handiman Building Supply
P.O. Box 577
Camden, AL 36726

Hicks Service Station
P.O. Box 130
Camden, AL 36726

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jamie A. Wilson
Assistant United States Attorney
Southern District of Alabama
63 South Royal Street, Ste 600
Mobile, AL 36602

John Deere Financial
P.O. Box 6600
Johnston, IA 51031

Lambert Law Office
P.O. Box 265
Camden, AL 36726

Lyle Machinery
P.O. Box 23087
Jackson, MS 39225

M&S Auto Parts
60 Highway 41 North
Camden, AL 36726

McGraw, Webb Chevrolet
P.O. Box 457
Camden, AL 36726

McKinley Tire
470 Greenville Bypass
Greenville, AL 36037

Santander
Post Office Box 660633
Dallas, TX 75266-0633

State of Alabama
Individual and Corporate Tax Division
PO Box 327467
Montgomery, AL 36132-7467

State of Alabama
Department of Industrial Relations
Post Office Box 16768
Mobile, AL 36616

State of Alabama
Legal Division
P.O. Box 320001
Montgomery, AL 36130

Town Country National Bank
P.O. Box 458
Camden, AL 36726

Town County National Bank
P.O. Box 458
Camden, AL 36726

Town-County National Bank
Post Office Box 458
Camden, AL 36726

Warrior Tractor
66 Industrial Park Drive
Monroeville, AL 36460

Wells Fargo
P.O. Box 105743
Atlanta, GA 30348

Wells Fargo Vendor Financial Services
P.O. Box 105743
Atlanta, GA 30348

Wilcox County Revenue Commissioner
100 Broad Street
Camden, AL 36726

Wilcox Printing Co.
34 Legion Road
Camden, AL 36726

Wilcox Welding
425 Broad Street
Camden, AL 36726

Woodson and Creswell
P.O. Box 503
Camden, AL 36726